People of the State of Illinois, Plaintiff-Appellant, v. Herman Ashton, Defendant-Appellee.

Gen. No. 53,480.

First District, Second Division.

September 29, 1970.

Edward V. Hanrahan, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Matthew J. Moran, Assistant State's Attorneys, of counsel), for appellant; Gerald W. Getty, Public Defender of Cook County, of Chicago (Ronald P. Katz and James J. Doherty, Assistant Public Defenders, of counsel), for appellee. Opinion by PRESIDING JUSTICE McCORMICK. Not to be published in full.